1  Michael H. Steinberg (SBN 134179)
   steinbergm@sullcrom.com
2  **SULLIVAN & CROMWELL LLP**
   1888 Century Park East, Suite 2100
3  Los Angeles, California 90067-1725
   Tel.: (310) 712-6600
4  Fax: (310) 712-8800

5  Laura K. Oswell (SBN 241281)
   oswelll@sullcrom.com
6  Sverker K. Hogberg (SBN 244640)
   hogbergs@sullcrom.com
7  **SULLIVAN & CROMWELL LLP**
   1870 Embarcadero Road
8  Palo Alto, California 94303
   Tel.: (650) 461-5600
9  Fax: (650) 461-5700

10 *Counsel for Defendant*
   *Volkswagen Group of America, Inc.*
11

12                    **UNITED STATES DISTRICT COURT**

13                    **NORTHERN DISTRICT OF CALIFORNIA**

14

15 | IN RE: VOLKSWAGEN          ) | Case No. 3:15-md-02672-CRB
16 | "CLEAN DIESEL"             ) |
   | MARKETING, SALES           ) | **NOTICE OF SUBSTITUTION**
17 | PRACTICES AND PRODUCTS     ) | **OF COUNSEL FOR DEFENDANT**
   | LIABILITY LITIGATION       ) | **VOLKSWAGEN GROUP OF**
18 |                            ) | **AMERICA, INC. AND**
   | THIS DOCUMENT IS RELATED   ) | **ORDER**
19 | TO:                        ) |
   |                            ) |
20 | Civil Action Nos.          ) |
   | 3:15-cv-06128-CRB          ) |
21 | 3:16-cv-00359-CRB          ) |
   | 3:16-cv-00769-CRB          ) |
22 | 3:16-cv-00884-CRB          ) |
   | 3:16-cv-00369-CRB          ) |
23 | 3:16-cv-00357-CRB.         ) |
   |                            ) |
24 |                            ) |

25

26

27

28

1   TO ALL PARTIES AND THEIR COUNSEL OF RECORD, please take notice that, effective immediately, counsel of record for defendant Volkswagen Group of America, Inc. has changed.  Volkswagen Group of America, Inc. hereby substitutes Michael H. Steinberg, Laura K. Oswell, and Sverker K. Hogberg of Sullivan & Cromwell LLP in place of Andrew Zachary Edelstein, John, Nadolenco, Neil Michael Soltman, and Matthew Henry Marmolejo of Mayer Brown LLP, as its attorneys of record in the following actions consolidated as part of *In re Volkswagen "Clean Diesel" Marketing, Sales Practices and Products Liability Litigation*, Case No. 3:15-md-02672-CRB:

- *Arabian* v. *Volkswagen Group of America, Inc., et al.*, Case No. 3:15-cv-06128-CRB;
- *Fidler et al.* v. *Volkswagen Group of America, Inc. et al.*, Case No. 3:16-cv-00359-CRB;
- *Park et al.* v. *Volkswagen Group of America, Inc. et al.*, Case No. 3:16-cv-00769-CRB;
- *Sarkissian* v. *Volkswagen Group of America, Inc. et al.*, Case No. 3:16-cv-00884-CRB;
- *Scoggins* v. *Volkswagen Group of America, Inc. et al.*, Case No. 3:16-cv-00369-CRB;
- *Yazdi* v. *Volkswagen Group of America Inc. et al.*, Case No. 3:16-cv-00357-CRB.

The following attorneys accept this substitution of counsel:

Dated:  May 13, 2016          MAYER BROWN LLP

By:   /s/ Andrew Zachary Edelstein
Andrew Zachary Edelstein

Dated: May 13, 2016.  SULLIVAN & CROMWELL LLP

  /s/ Michael H. Steinberg
Michael H. Steinberg (SBN 134179)
steinbergm@sullcrom.com
**SULLIVAN & CROMWELL LLP**
1888 Century Park East, Suite 2100
Los Angeles, California 90067-1725
Tel.: (310) 712-6600
Fax: (310) 712-8800

Laura K. Oswell (SBN 241281)
oswelll@sullcrom.com
Sverker K. Hogberg (SBN 244640)
hogbergs@sullcrom.com
**SULLIVAN & CROMWELL LLP**
1870 Embarcadero Road
Palo Alto, California 94303
Tel.: (650) 461-5600
Fax: (650) 461-5700

*Attorneys for Defendants Volkswagen Group of America, Inc.*

I, Laura K. Oswell, am the ECF user whose User ID and Password are being used to file this NOTICE OF SUBSTITUTION OF COUNSEL.  In compliance with General Order 45, X.B, I hereby attest that the other signatories listed have concurred in this filing.

Dated: May 13, 2016.  SULLIVAN & CROMWELL LLP

  /s/ Laura K. Oswell
Laura K. Oswell (SBN 241281)

# ORDER

The foregoing substitution of counsel is authorized by the Court and the Clerk of the Court is directed to make the appropriate change in the docket.

**IT IS SO ORDERED.**

Dated: May 17, 2016

_____
CHARLES R. BREYER
UNITED STATES DISTRICT COURT JUDGE