1 | Michael H. Steinberg (SBN 134179)
steinbergm@sullcrom.com
2 | **SULLIVAN & CROMWELL LLP**
1888 Century Park East, Suite 2100
3 | Los Angeles, California 90067-1725
Tel.: (310) 712-6600
4 | Fax: (310) 712-8800

5 | Laura K. Oswell (SBN 241281)
oswelll@sullcrom.com
6 | Sverker K. Hogberg (SBN 244640)
hogbergs@sullcrom.com
7 | **SULLIVAN & CROMWELL LLP**
1870 Embarcadero Road
8 | Palo Alto, California 94303
Tel.: (650) 461-5600
9 | Fax: (650) 461-5700

10 | *Counsel for Defendant Solazyme, Inc.*

11

**UNITED STATES DISTRICT COURT**

12

**NORTHERN DISTRICT OF CALIFORNIA**

13

14

| | |
|---|---|
| IN RE: VOLKSWAGEN "CLEAN DIESEL" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 3:15-md-02672-CRB |
| THIS DOCUMENT IS RELATED TO: | **NOTICE OF SUBSTITUTION OF COUNSEL FOR DEFENDANT SOLAZYME, INC. AND ORDER** |
| Civil Action Nos. 3:15-cv-06128-CRB 3:16-cv-00359-CRB 3:16-cv-00769-CRB 3:16-cv-00884-CRB 3:16-cv-00369-CRB 3:16-cv-00357-CRB. | |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD, please take notice that, effective immediately, counsel of record for defendant Solazyme, Inc. ("Solazyme") has changed.  Solazyme hereby substitutes Michael H. Steinberg, Laura K. Oswell, and Sverker K. Hogberg of Sullivan & Cromwell LLP in place of Andrew Zachary Edelstein, John, Nadolenco, Neil Michael Soltman, and Matthew Henry Marmolejo of Mayer Brown LLP, as its attorneys of record in the following actions consolidated as part of *In re Volkswagen "Clean Diesel" Marketing, Sales Practices and Products Liability Litigation*, Case No. 3:15-md-02672-CRB:

- *Arabian* v. *Volkswagen Group of America, Inc., et al.*, Case No. 3:15-cv-06128-CRB;

- *Fidler et al.* v. *Volkswagen Group of America, Inc. et al.*, Case No. 3:16-cv-00359-CRB;

- *Park et al.* v. *Volkswagen Group of America, Inc. et al.*, Case No. 3:16-cv-00769-CRB;

- *Sarkissian* v. *Volkswagen Group of America, Inc. et al.*, Case No. 3:16-cv-00884-CRB;

- *Scoggins* v. *Volkswagen Group of America, Inc. et al.*, Case No. 3:16-cv-00369-CRB;

- *Yazdi* v. *Volkswagen Group of America Inc. et al.*, Case No. 3:16-cv-00357-CRB.

The following attorneys accept this substitution of counsel:

Dated:  May 13, 2016                    MAYER BROWN LLP

By:___/s/ Andrew Zachary Edelstein___
Andrew Zachary Edelstein

1

2

3    Dated:  May 13, 2016.             SULLIVAN & CROMWELL LLP

4                                       /s/ Michael H. Steinberg

5                                      Michael H. Steinberg (SBN 134179)
                                       steinbergm@sullcrom.com

6                                      **SULLIVAN & CROMWELL LLP**

7                                      1888 Century Park East, Suite 2100
                                       Los Angeles, California 90067-1725

8                                      Tel.: (310) 712-6600
                                       Fax: (310) 712-8800

9

10                                     Laura K. Oswell (SBN 241281)

11                                     oswelll@sullcrom.com
                                       Sverker K. Hogberg (SBN 244640)

12                                     hogbergs@sullcrom.com

13                                     **SULLIVAN & CROMWELL LLP**
                                       1870 Embarcadero Road

14                                     Palo Alto, California 94303
                                       Tel.: (650) 461-5600

15                                     Fax: (650) 461-5700

16
                                       *Attorneys for Solazyme, Inc.*
17

18

19          I, Laura K. Oswell, am the ECF user whose User ID and Password are

20    being used to file this NOTICE OF SUBSTITUTION OF COUNSEL.  In

21    compliance with General Order 45, X.B, I hereby attest that the other signatories

22    listed have concurred in this filing.

23

24    Dated:  May 13, 2016.             SULLIVAN & CROMWELL LLP

25                                       /s/ Laura K. Oswell

26                                      Laura K. Oswell (SBN 241281)

27

28

SULLIVAN & CROMWELL LLP

NOTICE OF SUBSTITUTION OF COUNSEL
MDL NO. 3:15-md-02672-CRB

1

**ORDER**

2          The foregoing substitution of counsel is authorized by the Court and

3   the Clerk of the Court is directed to make the appropriate change in the docket.

4          **IT IS SO ORDERED.**

5

6   Dated: May 17, 2016

7   _____

8   CHARLES R. BREYER
    UNITED STATES DISTRICT COURT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-3-