Michael H. Steinberg (SBN 134179)
steinbergm@sullcrom.com
**SULLIVAN & CROMWELL LLP**
1888 Century Park East, Suite 2100
Los Angeles, California 90067-1725
Tel.: (310) 712-6600
Fax: (310) 712-8800

Laura K. Oswell (SBN 241281)
oswelll@sullcrom.com
Sverker K. Hogberg (SBN 244640)
hogbergs@sullcrom.com
**SULLIVAN & CROMWELL LLP**
1870 Embarcadero Road
Palo Alto, California 94303
Tel.: (650) 461-5600
Fax: (650) 461-5700

*Counsel for Defendant Amyris, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: VOLKSWAGEN "CLEAN DIESEL" MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT IS RELATED TO:<br><br>Civil Action Nos.<br>3:15-cv-06128-CRB<br>3:16-cv-00359-CRB<br>3:16-cv-00769-CRB<br>3:16-cv-00884-CRB<br>3:16-cv-00369-CRB<br>3:16-cv-00357-CRB | Case No. 3:15-md-02672-CRB<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL FOR DEFENDANT AMYRIS, INC. AND ORDER** |

1 TO ALL PARTIES AND THEIR COUNSEL OF RECORD, please take notice that, effective immediately, counsel of record for defendant Amyris, Inc. ("Amyris") has changed.  Amyris hereby substitutes Michael H. Steinberg, Laura K. Oswell, and Sverker K. Hogberg of Sullivan & Cromwell LLP in place of Laurie Carr Mims of Keker & Van Nest, LLP, as its attorneys of record in the following actions consolidated as part of *In re Volkswagen "Clean Diesel" Marketing, Sales Practices and Products Liability Litigation*, Case No. 3:15-md-02672-CRB:

- *Arabian* v. *Volkswagen Group of America, Inc., et al.*, Case No. 3:15-cv-06128-CRB;
- *Fidler et al.* v. *Volkswagen Group of America, Inc. et al.*, Case No. 3:16-cv-00359-CRB;
- *Park et al.* v. *Volkswagen Group of America, Inc. et al.*, Case No. 3:16-cv-00769-CRB;
- *Sarkissian* v. *Volkswagen Group of America, Inc. et al.*, Case No. 3:16-cv-00884-CRB;
- *Scoggins* v. *Volkswagen Group of America, Inc. et al.*, Case No. 3:16-cv-00369-CRB;
- *Yazdi* v. *Volkswagen Group of America Inc. et al.*, Case No. 3:16-cv-00357-CRB.

The following attorneys accept this substitution of counsel:

Dated:  May 13, 2016                    KEKER & VAN NEST, LLP

                                        By:   /s/ Laurie Carr Mims
                                              Laurie Carr Mims

| | | |
|---|---|---|
| 1 | Dated: May 13, 2016. | SULLIVAN & CROMWELL LLP |
| 2 | | |
| 3 | | /s/ Michael H. Steinberg |
| | | Michael H. Steinberg (SBN 134179) |
| 4 | | steinbergm@sullcrom.com |
| 5 | | **SULLIVAN & CROMWELL LLP** |
| | | 1888 Century Park East, Suite 2100 |
| 6 | | Los Angeles, California 90067-1725 |
| 7 | | Tel.: (310) 712-6600 |
| | | Fax: (310) 712-8800 |
| 8 | | |
| 9 | | Laura K. Oswell (SBN 241281) |
| | | oswelll@sullcrom.com |
| 10 | | Sverker K. Hogberg (SBN 244640) |
| 11 | | hogbergs@sullcrom.com |
| | | **SULLIVAN & CROMWELL LLP** |
| 12 | | 1870 Embarcadero Road |
| 13 | | Palo Alto, California 94303 |
| | | Tel.: (650) 461-5600 |
| 14 | | Fax: (650) 461-5700 |
| 15 | | *Attorneys for Amyris, Inc.* |

      I, Laura K. Oswell, am the ECF user whose User ID and Password are being used to file this NOTICE OF SUBSTITUTION OF COUNSEL. In compliance with General Order 45, X.B, I hereby attest that the other signatories listed have concurred in this filing.

| | | |
|---|---|---|
| 22 | Dated: May 13, 2016. | SULLIVAN & CROMWELL LLP |
| 23 | | |
| 24 | | /s/ Laura K. Oswell |
| | | Laura K. Oswell (SBN 241281) |

-2-

# ORDER

The foregoing substitution of counsel is authorized by the Court and the Clerk of the Court is directed to make the appropriate change in the docket.

**IT IS SO ORDERED.**

Dated: May 17, 2016

_____
CHARLES R. BREYER
UNITED STATES DISTRICT COURT JUDGE